# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# SAINT LOUIS DIVISION

| | |
|---|---|
| LAMAR CODY, <br><br> Plaintiff, <br><br> v. <br><br> USI SOLUTIONS, INC., <br><br> Defendant. | Case No. 4:20-cv-00401-HEA |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE LAMAR CODY ("Plaintiff") hereby notifies the Court that the Plaintiff and Defendant have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 120 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice within 120 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 9th day of November 2020.

> */s/ Nathan C. Volheim*
> Nathan C. Volheim, #6302103
> Sulaiman Law Group, Ltd.
> 2500 S. Highland Avenue, Suite 200
> Lombard, IL 60148
> Phone: (630) 575-8181
> Fax: (630) 575-8188
> nvolheim@sulaimanlaw.com
> *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Nathan C. Volheim*
Nathan C. Volheim