**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| LAMAR CODY, | |
| Plaintiff, | Case No. 4:20-cv-00401-HEA |
| v. | Honorable Judge Henry Edward Autrey |
| USI SOLUTIONS, INC., | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW COMES LAMAR CODY ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd. and in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a) (1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, USI SOLUTIONS, INC., with prejudice. Each party shall bear its own costs and attorney fees.

Dated:  March 9, 2021

    Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Admitted in the Eastern District of Missouri
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 568-3056
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 9, 2021, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

*/s/ Nathan C. Volheim*
Nathan C. Volheim